UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEMONSIA RICKS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **vs.** | )    Case No.  2:15-cv-0070-CLS-JEO |
| | ) |
| **SAMUEL AARON, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

**MEMORANDUM OPINION AND ORDER**

The magistrate judge filed a report on September 20, 2016, recommending that the motions for summary judgment on behalf of defendants be **GRANTED**, except as to the excessive force/failure to intervene claims, and corresponding state assault and battery claims, against defendants Samuel Aaron, Rickey Cunningham, Thaddeus Smith, and Cameron Jones.  It was further recommended that defendants Michael Weirich, Cedrick Specks, Cheryl Price, Jeffery Baldwin, Deaundra L. Johnson, John Arthur, Patricia McGrue, Cathy Ford, and Corizon, LLC be dismissed with prejudice from this action, and that the excessive force/failure to intervene claims, and corresponding state assault and battery claims, against defendants Samuel Aaron, Rickey Cunningham, Thaddeus Smith, and Cameron Jones be referred to the magistrate judge for further proceedings.  Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been

received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED**, and his recommendation is **ACCEPTED**. Accordingly, it is **ORDERED** that defendants' motions for summary judgment[1] are **GRANTED**, except as to the excessive force/failure to intervene claims, and corresponding state assault and battery claims, against defendants Samuel Aaron, Rickey Cunningham, Thaddeus Smith, and Cameron Jones. It is further **ORDERED** that defendants Michael Weirich, Cedrick Specks, Cheryl Price, Jeffery Baldwin, Deaundra L. Johnson, John Arthur, Patricia McGrue, Cathy Ford, and Corizon, LLC are **DISMISSED WITH PREJUDICE** from this action. The remaining excessive force/failure to intervene claims, and corresponding state assault and battery claims, against defendants Samuel Aaron, Rickey Cunningham, Thaddeus Smith, and Cameron Jones are **REFERRED** to the magistrate judge for further proceedings.

DONE and ORDERED this 17th day of October, 2016.

_____
United States District Judge

---

[1] Doc. nos. 37 and 54.