FILED
2018 Jul-26 PM 06:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
JUL 26 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DEMONSIA RICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-0070-CLS-JEO |
| ) | |
| SAMUEL AARON, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

Having heard the evidence set forth at the trial of this matter, we the jury find as follows:

1. As to the Plaintiff's claim for excessive force under the Eighth Amendment to the United States Constitution against the Defendant, we the jury find in favor of:

    \_\_\_\_ Plaintiff

    \_✓\_ Defendant

[Continue to next question.]

2. As to the Plaintiff's claim for battery against the Defendant, we find in favor of:

✓ Plaintiff

\_\_\_\_ Defendant

[Continue to next section.]

3. As to the Plaintiff's claim for assault against the Defendant, we the jury find in favor of:

✓ Plaintiff

\_\_\_\_ Defendant

If you find for the Plaintiff on ANY of the above counts, continue to the next section. If you find against the Plaintiff on ALL of the above counts, stop. Do not proceed to the next section. Instead, have your forepersons sign and date the verdict form.

4. We the jury, having found in favor of the Plaintiff, award damages in favor of the Plaintiff and against the Defendant as follows:

$1,000.00 _____ Compensatory Damages

$4,000.00 _____ Punitive Damages

NA _____ Nominal Damages

Date: 7/26/18

Signature of the foreperson: _____