FILED
2018 Aug-07  PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

1. When was the first suit/original filing made by Plaintiff concerning 10/23/14 incident?

2. When wase the case Filed against Aaron, Defendant?

Foreperson:

FILED
JUL 25 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA